# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

UNITED STATES OF AMERICA

         v.                       Crim. No. 2:05-CR-33-1BR

GEOFFREY ROGERS

    On Friday, September 4, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                               Respectfully submitted,

                                                /s/ Michael C. Brittain
                                                Michael C. Brittain
                                                Senior U.S. Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this   2   day of   August  , 2012.

                                                W. Earl Britt
                                                Senior U.S. District Judge